UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:20-cv-00764-LPS |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(A)(ii), DATACLOUD TECHNOLOGIES, LLC (hereinafter, "DataCloud" or "Plaintiff") and Defendant EXTREME NETWORKS, INC. (hereinafter, "Extreme" or "Defendant"), by and through their respective counsel, hereby file this Joint Stipulation of Dismissal With Prejudice, dismissing all claims in this action, subject to the terms of that certain agreement titled "Settlement and License Agreement," dated March 31, 2021.  Each party shall bear its own fees, costs, and expenses.  The Defendant has not filed an Answer or a motion for Summary Judgment in this matter.

Dated: April 9, 2021                     Respectfully submitted,

*/s/ Stamatios Stamoulis*

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540

**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III (Bar No. 117088, GA)*
Jonathan R. Miller (Bar No. 507179, GA)*
Travis E. Lynch (Bar No. 162373, GA)*
3621Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869, -0863, -0867
Facsimile: (205) 547-5502, -5506, -5515
Email: jmcdonough@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

*Attorney for Plaintiff*
*DataCloud Technologies, LLC*

      * admitted *pro hac vice*

Dated: April 9, 2021	Respectfully submitted,

                                                */s/ Jack B. Blumenfeld*

                                                **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Jack B. Blumenfeld (#1014)
Andrew Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Email: jblumenfeld@morrisnichols.com
Email: amoshos@morrisnichols.com

OF COUNSEL:
Andrew N. Thomases
Daniel W. Richards
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, California 94303
Telephone: (650) 617-4000
Email: Andrew.Thomases@ropesgray.com
Email: Daniel.Richards@ropesgray.com

*\*\* e-signed with express permission*

*Attorneys for Defendant*

EXTREME NETWORKS, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

Dated: <u>April 9, 2021</u>    */s/ Stamatios Stamoulis*
                                               Stamatios Stamoulis #4606